LILLIAN COHEN, Respondent, v. LINCOLN SAVINGS BANK OF BROOKLYN, Defendant, Appellant, and IRVING TRUST COMPANY, THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK and LOUIS JACOBY, Impleaded Defendants, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ORA I. CLOUGHEN, Respondent, v. TRAVELERS INDEMNITY COMPANY, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

C. & W. CONSTRUCTION Co., INC., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present—Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SARAH USWALD, Respondent, v. RALPH BARTON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of RICHARD SHINNERS, Petitioner, for a Certiorari Order against WILLIAM FELLOWES MORGAN, JR., Commissioner of Public Markets, Weights and Measures of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of FRANCIS NOWICKI, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HUBERT BROCK, Appellant, v. FURNESS, WITHY & COMPANY, LTD., Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HELEN BIRNBACH, as Administratrix, etc., of PHILIP A. BIRNBACH, Deceased, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE MUTUAL PAPER COMPANY, INC., Appellant, v. IRELAND & TAUB PAPER COMPANY, INC., Respondent. IRELAND & TAUB PAPER COMPANY, INC., Plaintiff, v. THE MUTUAL PAPER COMPANY, INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.